IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RUSSELL WIDMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-00599-CV-W-DW |
| ) | |
| ) | |
| CITY OF KANSAS CITY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by their respective counsel, hereby agree and stipulate that Plaintiff's cause of action against Defendants may be dismissed with prejudice. Each party will bear their own attorney's fees and costs. The parties request that judgment of dismissal be entered by the Court.

_____
Julianne H. Carter, #39008
Douglas Carter, #35759
1220 Washington Street, 3rd Floor
Kansas City, Missouri 64105
**ATTORNEYS FOR PLAINTIFF**

GALEN BEAUFORT, #26498
City Attorney
By: _____
Douglas McMillan, #48333
Assistant City Attorney
2800 City Hall - 414 East 12th Street
Kansas City, Missouri 64106
**ATTORNEYS FOR CITY DEFENDANTS**

_____
Charlie J. Harris, Jr., #44115
Kathleen M. Nemechek, #50139
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
**ATTORNEYS FOR DEFENDANT WAYNE CAUTHEN**