# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RUSSELL WIDMAR, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-0599-CV-W-DW |
| CITY OF KANSAS CITY, MISSOURI, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 83). The parties stipulate and agree that the above-captioned cause of action may be dismissed *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court DISMISSES the above-styled action *with* prejudice. The fees and costs associated with this action shall be borne by the parties individually. This case is closed.

Date: December 13, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court